**Barry Jay PORTER, Plaintiff–Appellant,**

**v.**

**Ron ANGELONE, Defendant–Appellee.**

**No. 03–6158.**

United States Court of Appeals, Fourth Circuit.

Submitted March 20, 2003.

Decided March 31, 2003.

Barry Jay Porter, Appellant Pro Se.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Barry Jay Porter appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint pursuant to 28 U.S.C. § 1915A(b)(1) (2000). We have reviewed the record and the district court's order and agree that Porter's complaint fails to state a claim. Accordingly, we dismiss the appeal for the reasons stated by the district court. *See Porter v. Angelone,* No. CA–02–1025–7 (W.D.Va. Dec. 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*